W. A. BROCKHURST COMPANY, INC., Plaintiff, v. CITY OF YONKERS et al., Appellants, et al., Defendants, and FIRST NATIONAL BANK & TRUST COMPANY OF

Yonkers, impleaded Defendant, Respondent.—

No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

[180 Misc. 820.]